UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, EITHINE CUMMINS, RALPH KUGER, KEN KIKUCHI, ERIK LEUNG, PHILLIP FRENKEL, PARMIJIT KAUR, ERIC VALENTINE and DOES 1-50,<br><br>          Defendants. | Case No. 14-cv-00584 NC<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 61 |

After considering the further joint case management statement submitted by the parties, the case management conference set for October 8, 2014, is continued to November 19, 2014, at 10:00 a.m., with an updated, joint case management statement due by November 12, 2014.

Defendants City and County of San Francisco and Parmijit Kaur have appeared in this case. With respect to the remaining defendants, the Court previously extended the deadline for service on two separate occasions, with the current deadline being September 19, 2014. Dkt. Nos. 48, 53.

In the joint case management statement, plaintiff reports that, since the case

Case No. 14-cv-00584 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

management conference held on August 20, 2014, plaintiff "has served the amended complaint upon the remaining named defendants: Joshua Espinoza, Ken Kikuchi, Erik Leung, Phillip Frenkel and Eric Valentiini." Dkt. No. 61 at 2. Plaintiff, however, has not provided information about the status of service on defendants Eithine Cummins or Ralph Kuger. With respect to these two defendants, plaintiff has until October 17, 2014, to file a status report regarding service and show cause why this action should not be dismissed against those defendants under Federal Rule of Civil Procedure 4(m).

Additionally, by November 5, 2014, plaintiff must file motions for default judgment as to the defendants who have been served but who fail to plead or otherwise defend the action.

IT IS SO ORDERED.

Date: October 3, 2014

Nathanael M. Cousins
United States Magistrate Judge