Stanley Goff, Esq., State Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff James Edward Holmes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, EITHINE CUMMINS, RALPH KUGER, KEN KIKUCHI, ERIK LEUNG, PHILLIP FRENKEL, PARMIJIT KAUR, ERIC VALENTINE and DOES 1-50,<br><br>    Defendants. | Case No: C14-0584 NC<br><br>PLAINTIFF'S NOTICE AND REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. AND [PROPOSED] ORDER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff James Edward Holmes and or his counsel, hereby gives notice and requests that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Ken Kikuchi, Erik Leung, Eric Valentine.

Dated: November 21, 2014.

                                                          /s/
                                      Stanley Goff Esq.,
                                      Attorney for Plaintiff James Holmes

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants is granted without prejudice.

Dated: November ~~21~~ 24, 2014



PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL