UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>        Plaintiff,<br><br>        v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, EITHINE CUMMINS, RALPH KUGER, KEN KIKUCHI, ERIK LEUNG, PHILLIP FRENKEL, PARMIJIT KAUR, ERIC VALENTINE and DOES 1-50,<br><br>        Defendants. | Case No. 14-cv-00584 NC<br><br>**ORDER DISMISSING DEFENDANTS CUMMINS AND KUGER WITHOUT PREJUDICE** |

The Court previously ordered plaintiff to provide information about the status of service on defendants Eithine Cummins and Ralph Kuger and to show cause why this action should not be dismissed against those defendants under Federal Rule of Civil Procedure 4(m). Dkt. Nos. 62; 73. On November 21, 2014, plaintiff filed a status report stating that he has decided not to pursue these defendants in this action and, therefore, has terminated efforts to have them served. Dkt. No. 74. Accordingly, the Court dismisses defendants Eithine Cummins and Ralph Kuger from this action without prejudice.

IT IS SO ORDERED.

Date: November 24, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00584 NC
ORDER OF DISMISSAL
WITHOUT PREJUDICE