**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD HOLMES, | Case No. 14-cv-00584 NC |
| Plaintiff, | **ORDER DENYING REQUEST TO STAY *MONELL* DISCOVERY and SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, PHILLIP FRENKEL, PARMIJIT KAUR, and DOES 1-50, | Re: Dkt. No. 87 |
| Defendants. | |

After considering the further joint case management statement submitted by the parties, Dkt. No. 87, the case management conference set for March 3, 2015, is vacated, and IT IS HEREBY ORDERED THAT:

1. DISCOVERY.  The Court previously issued a case scheduling order setting August 7, 2015, as the deadline to complete all non-expert discovery, including on *Monell* issues.  Dkt. No. 81.  In their joint case management statement, the parties state that they agree that plaintiff must first prevail at trial on the basis of individual liability before conducting any discovery and a further trial on *Monell* issues.  Dkt. No. 87 at 4-5.  To the extent that this statement constitutes a renewed request to stay any *Monell* discovery, the request is DENIED for lack of good cause shown.

2. FURTHER CASE MANAGEMENT CONFERENCE.  A further case

Case No. 14-cv-00584 NC
ORDER RE: CASE MANAGEMENT

1 | management conference will be held on September 30, 2015, at 10:00 a.m. in Courtroom
2 | A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.
3 | The parties must file an updated joint case management statement at least one week prior to
4 | the conference.  *See* Civil L.R. 16-10(d).

    IT IS SO ORDERED.

    Date: February 25, 2015

    _____
    Nathanael M. Cousins
    United States Magistrate Judge