DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837
E-Mail:        brian.ceballo@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
(ERRONEOUSLY SUED AS SAN FRANCISCO POLICE
DEPARTMENT), JOSHUA ESPINOZA,
PHILLIP FRENKEL, PARAMJIT KAUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, EITHINE CUMMINS, RALPH KUGER, KEN KIKUCHI, ERIK LEUNG, PHILLIP FRENKEL, PARMIJIT KAUR, ERIC VALENTINE and DOES 1-50,<br><br>    Defendants. | Case No. C14-0584 NC<br><br>**STIPULATION FOR PARTIAL DISMISSAL; ORDER OF DISMISSAL**<br><br>Trial Date:            February 8, 2016 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the entry of an order dismissing with prejudice this action against defendants City and County of San Francisco (erroneously sued as San Francisco Police Department) and Paramjit Kaur.

Further, the parties stipulate to the dismissal of racial profiling and unlawful detention causes of action in Count I (paragraph 19) of plaintiff's First Amended Complaint ("FAC") (Docket "Dkt."

13) against defendants Joshua Espinoza and Phillip Frenkel, and dismissing the cause of action against the defendant City and County of San Francisco (erroneously sued as San Francisco Police Department) in Count II (paragraph 20) of plaintiff's FAC (Dkt. 13).

Dated:  October 22, 2015

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Deputy
>BRIAN P. CEBALLO
>Deputy City Attorney
>
>By:_____
>BRIAN P. CEBALLO
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO, ET. AL.

Dated:  October 22, 2015       LAW OFFICES OF STANLEY GOFF

>By:  */s/  Stanley Goff*
>STANLEY GOFF
>
>Attorneys for Plaintiff
>JAMES EDWARD HOLMES

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 22, 2015

_____
NATHANAEL S. COUSINS
United States District Judge

[GRANTED — Judge Nathanael M. Cousins]