1  Stanley Goff, Bar No. 289564
2  15 Boardman Place Suite 2
   San Francisco, CA 94103
3  Telephone: (415) 571-9570
   Email: scraiggoff@aol.com
4
5  Attorney for Plaintiff James Edward Holmes

6  UNITED STATES DISTRICT COURT
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, JOSHUA ESPONOZA, EITHINE CUMMINS, RALPH KUGER, KEN KIKUCHI, ERIK LEUNG, PHILLIP FRENKEL, PARMIJIT KAUR, ERIC VALENTINE and DOES 1-50,<br><br>Defendants. | Case No.: C14-0584 NC<br><br>**PLAINTIFF'S REQUEST TO CONDUCT SCHEDULED SETTLEMENT BY TELEPHONE AND (PROPOSED) ORDER**<br><br>DATE: NOVEMBER 13, 2015<br>TIME: 9:30 P.M.<br>PLACE: COURTROOM E, 15TH FLOOR<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA<br>TRIAL DATE: FEBRUARY 8, 2016 |

Plaintiff respectfully requests that this Court allow him to participate in the scheduled settlement conference set for 9:30 A.M. on November 13, 2015, by telephone due to an unforeseen personal emergency that demanded that he travel to Los Angeles, preventing him from being physically present in San Francisco on November 13, 2015.

Based on the foregoing reasons, the Plaintiff requests that this motion be granted.

Dated: November 10, 2015

/S/
Stanley Goff Esq.,
Attorney for Plaintiff James Edward Holmes

## {PROPOSED} ORDER

**IT IS HEREBY ORDERED** that Plaintiff be allowed to participate in the November 13, 2015 settlement conference by telephone.

Dated: November 12, 2015

*Elizabeth D. Laporte*

Judge Elizabeth Laporte