UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HOLMES,<br><br>   Plaintiff,<br><br>  v.<br><br>JOSHUA ESPINOZA, PHILLIP FRENKEL,<br><br>   Defendants. | Case No.14-cv-00584-NC<br><br>**JUDGMENT** |

In accordance with the Court's November 12, 2015, order granting summary judgment in favor of defendants Joshua Espinoza and Phillip Frenkel, judgment is entered in favor of defendants and against plaintiff with respect to the excessive force claim asserted in the complaint. The clerk is ordered to terminate case No.14-cv-00584-NC.

**IT IS SO ORDERED.**

Dated: November 12, 2015         _____
                        NATHANAEL M. COUSINS
                        United States Magistrate Judge

Case No.14-cv-00584-NC